UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
HERBERT SILVERBERG,

                Plaintiff(s)

        -against-

DAVID A. STEINBERG, et al.,

                Defendant(s).
-------------------------------------------------------------X

25 civ 9200 (JGK)

## ORDER

The conference scheduled for Tuesday, March 10, 2026, at 3:30pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      March 5, 2026