UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————————

HERBERT SILVERBERG,

                    Plaintiff,            25-cv-9200 (JGK)

        - against -                       ORDER

DAVID A. STEINBERG, ET AL.,
                    Defendants.

————————————————————————————

JOHN G. KOELTL, District Judge:

    The motions to dismiss at ECF Nos. 29 and 33 are **denied as**

**moot** in light of the amended complaint. See ECF No. 41.

    The Clerk is respectfully directed to close ECF Nos. 29,

32, and 33.


SO ORDERED.
Dated:    New York, New York
          May 4, 2026

                                   _____
                                          John G. Koeltl
                                   United States District Judge