Colleen C. Smith
Direct Dial: +1.858.523.3985
colleen.smith@lw.com

LATHAM & WATKINS LLP

12670 High Bluff Drive
San Diego, California 92130
Tel: +1.858.523.5400 Fax: +1.858.523.5450
www.lw.com

FIRM / AFFILIATE OFFICES
Austin
Beijing
Boston
Brussels
Chicago
Dubai
Düsseldorf
Frankfurt
Hamburg
Hong Kong
Houston
London
Los Angeles
Madrid
Milan
Munich
New York
Orange County
Paris
Riyadh
San Diego
San Francisco
Seoul
Silicon Valley
Singapore
Tel Aviv
Tokyo
Washington, D.C.

November 9, 2026

**VIA ECF**
The Honorable John G. Koeltl
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *Silverberg v. Steinberg et al.*, Case No. 25 Civ. 9200 (JGK)

Dear Judge Koeltl:

We represent Defendants David A. Steinberg, ACI Investment Partners, LLC, and Zeta Global Holdings Corp. (collectively, the "Zeta Defendants") in the above-captioned action. We write, pursuant to Rules 1.C and 1.D of Your Honor's Individual Practices, to respectfully request a short adjournment of the oral argument on Defendants' motions to dismiss, currently scheduled for Tuesday, November 17, 2026, at 3:30 p.m., in Courtroom 14A (ECF No. 53). Lead counsel for the Zeta Defendants, who will be presenting argument on their behalf, is unavailable on November 17 due to a prior professional commitment.

The Zeta Defendants have conferred with counsel for all parties, and all parties are available on Thursday, November 19, 2026. Accordingly, the Zeta Defendants respectfully request that the oral argument be adjourned to November 19, 2026, at a time convenient for the Court. If that date is not convenient for the Court, the parties will promptly meet and confer and propose additional alternative dates that are convenient for all parties and the Court.

This is the first request for an adjournment of the oral argument, and accordingly no prior request has been granted or denied. The requested adjournment does not affect any other scheduled dates in this action. All parties consent to this request.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Colleen C. Smith*
Colleen C. Smith
of LATHAM & WATKINS LLP

cc: All Counsel of Record (by ECF)

Argument adjourned from November 17, 2026 to November 19, 2026 at 4:30 P.M. So ordered.
John G. Koeltl / U.S.D.J.
11/10/26